IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARNOLDO ESTRADA MONTESFLORES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-1030-PTG-LRV |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, Experian Information Solutions, Inc., who has not filed an answer or a motion for summary judgment, with the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

So ordered 11/30/23

/s/
_____
Patricia Tolliver Giles
United States District Judge

Respectfully submitted,

ARNOLDO ESTRADA MONTESFLORES

By: /s/ Kristi C. Kelly
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com