IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARNOLDO ESTRADA MONTESFLORES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; *et al.,* <br><br> Defendants. | Civil Action No. 1:23-cv-1030-PTG-LRV |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO TRANS UNION, LLC AND CREDIT ONE BANK, N.A.**

Plaintiff, by counsel and with the signature of counsel for Trans Union, LLC, and Credit One Bank, N.A., stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: December 28, 2023                                  Respectfully submitted,

By:   */s/ Kristi C. Kelly*                                           By:  */s/ Marc F. Kirkland*
Kristi Cahoon Kelly (VSB #72791)                      Marc F. Kirkland (VSB #96234)
Andrew Joseph Guzzo (VSB #82170)              Quilling, Selander, Lownds, Winslett & Moser, P.C.
Casey S. Nash (VSB #84261)                              6900 N Dallas Parkway, Suite 800
KELLY GUZZO, PLC                                                 Plano, TX 75024
3925 Chain Bridge, Suite 202                            Telephone: (214) 560-5454
Fairfax, VA  22030                                                 Facsimile: (214) 871-2111
Telephone: (703) 424-7571                                Email: mkirkland@qslwm.com
Facsimile:  (703) 591-0167                                *Counsel for Trans Union, LLC*
E-mail:  kkelly@kellyguzzo.com
E-mail:  aguzzo@kellyguzzo.com

E-mail: casey@kellyguzzo.com
*Counsel for Plaintiff*

By: */s/ Bryan A. Fratkin*
Bryan A. Fratkin (VSB #38933)
Heidi E. Siegmund (VSB #89569)
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: bfratkin@mcguirewoods.com
Email: hsiegmund@mcguirewoods.com
*Counsel for Credit One Bank, N.A.*